**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6251**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OWEN FRANKLIN SILVIOUS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-86-80-R)

———————————

Submitted:  April 15, 1996               Decided:  May 3, 1996

———————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Owen Franklin Silvious, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to correct an illegal sentence under former Fed. R. Crim. P. 35(a) (applicable to offenses committed before November 1, 1987). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Silvious</u>, No. CR-86-80-R (W.D. Va. Feb. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>